# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.                              **CASE NO. 6:26-cr-10048-JWB**

**BROOKLYN EDWARD MCKNIGHT,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**POSSESSION OF A FIREARM
BY A CONVICTED FELON
[18 U.S.C. § 922(g)(1)]**

On or about July 1, 2025, in the District of Kansas, the defendant,

**BROOKLYN EDWARD MCKNIGHT,**

knowing that he had previously been convicted of a crime punishable by imprisonment for

a term exceeding one year (a felony), did knowingly and unlawfully possess, in and

affecting commerce, firearms, namely 1) a Bear Creek Arsenal, model BCA15, .300

1

Blackout caliber rifle and 2) a Mossberg, model 500C, 20-gauge shotgun, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## **FORFEITURE NOTICE**

1.      The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

A.      A Bear Creek Arsenal, model BCA15, .300 Blackout caliber rifle, bearing serial number 82609;

B.      A Mossberg, model 500C, 20-gauge shotgun, bearing serial number T240692; and

C.      Accompanying ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

March 24, 2026                             s/Foreperson
DATE                                      FOREPERSON OF THE GRAND JURY

2

RYAN KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178


IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1:  Possession of a Firearm by a Convicted Felon**

- Punishable by a term of imprisonment of not more than fifteen (15) years.  18 U.S.C. § 924(a)(8).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.